## Commonwealth *v.* Clemmer, Appellant.

Argued December 8, 1969. *John J. Duffy,* for appellant; *William H. Lamb,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.